# SEALED MATTER

Case: 2:11-mc-50872-A
Judge: Lawson, David M.
Filed: 07-12-2011 At 10:50 AM
Sealed matter (ml)

**CASE NUMBER** _____

**DEFENDANT NO** _____

**CASE TYPE** ____ CR   ____ CV   ✓ MC

____ MW   ____ PO   ____ MJ

**DISTRICT JUDGE** Lawson

**SIGNED BY JUDICIAL OFFICER** R. STEVEN WHALEN

**NEW CASE** ✓ YES ____ NO

# DOCUMENT PLACED IN VAULT

TIME STAMP IN THIS BLANK AREA



FILED
JUL 1 2 2011
CLERK'S OFFICE
DETROIT