AUSA Julie A. Beck (313) 226-9717
SA Anthony Ramos (734) 669-7547

# United States District Court
### EASTERN DISTRICT OF MICHIGAN

In the Matter of the Seizure of

**All Funds on Deposit with
JP Morgan Chase Bank
Account Number 360088704,
up to and including $1,200,000.00**

FILED
CLERK'S OFFICE
AUG 0 8 2011
U.S. DISTRICT COURT
EASTERN MICHIGAN

**SEIZURE WARRANT**

Case: 2:11-mc-50872-F

TO: Agents of the Criminal Investigation Division of the Internal Revenue Services (IRS-CID) and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Anthony Ramos, who has reason to believe that in the Eastern District of Michigan there is now certain property which is subject to forfeiture to the United States, namely

**All Funds on Deposit with JP Morgan Chase Bank Account Number 360088704, up to and including $1,200,000.00**

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to a U.S. Magistrate Judge as required by law.

July 12, 2011
Date                               at          Detroit, Michigan

**Honorable R. Steven Whalen**
**U.S. Magistrate Judge**                       **Signature of Judicial Officer**

AUSA Julie A. Beck (313) 226-9717
SA Anthony Ramos (734) 669-7547

## RETURN

| DATE WARRANT RECEIVED | DATE / TIME WARRANT EXECUTED |
|---|---|
| 7-13-11 | 7-13-11  app. 9:45 am |

COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH

Warrant was faxed to 1-225-341-3302

INVENTORY MADE IN THE PRESENCE OF

NA

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

Check # 4553600000 in the amount of 16,156.56

### CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_____ : *[signature]*

Subscribed, sworn to, and returned before me this date.

_____              8/8/11
U.S. Judge or Magistrate                                        Date